IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. B-08-849 |
| | § | |
| CARLOS EDUARDO DEL ANGEL-AVILES | § | |
| AKA: Carlos Eduardo Del Angel-Avilez | § | |

## ORDER

BE IT REMEMBERED on this 13th day of January, 2009, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed September 23, 2008, wherein the defendant Carlos Eduardo Del Angel-Aviles waived appearance before this Court and appeared before the United States Magistrate Judge Felix Recio for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Carlos Eduardo Del Angel-Aviles to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the Defendant Carlos Eduardo Del Angel-Aviles guilty of the offense of alien unlawfully being present in the United States after having been convicted of an aggravated felony and deported, in violation of 8 U.S.C. §§ 1326(a) and 1326(b).

SIGNED this the 13th day of January, 2009.

Andrew S. Hanen
United States District Judge